# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RODNEY ERIC HEATHER<br><br>    Defendant. | Case No.: ED 15-1062M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

FILED CLERK, U.S. DISTRICT COURT JUN - 8 2015 CENTRAL DISTRICT OF CALIFORNIA BY __ DEPUTY

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Eastern Dst. CA** for alleged violation(s) of the terms and conditions of his/her [probation] [(supervised release)]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _allegations of numerous violations of state law while on release; no known bail resources_

_____

_____

_____

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 6/8/15

PAUL L. ABRAMS
UNITES STATES MAGISTRATE JUDGE